IN RE APPLICATION OF CALIM.

[Cite as *In re Application of Calim* (1998), 82 Ohio St.3d 96.]

(No. 98–51—Submitted March 4, 1998—Decided June 10, 1998.)

*Aman J. Calim,* pro se.

*Benjamin F. Yale,* for the Auglaize County Bar Association.

**Per Curiam.** We adopt the findings, conclusion, and recommendation of the board. Applicant's current application for admission to the bar is disapproved. Applicant is permitted to reapply for admission to the practice of law in Ohio by submitting a new application that contains complete, up-to-date information on all matters raised by the local admissions committee as well as any new matter that may have arisen after the hearing.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., concurs in part and dissents in part.

**LUNDBERG STRATTON, J., concurring in part and dissenting in part.** I agree with the majority in disapproving the application for admission, but I would not allow the applicant to reapply. Applicant's long history of problems demonstrates a basic character flaw and a lack of high standards of integrity and honesty. He has demonstrated that he is not qualified to reach the high ethical standards demanded of our bar. Therefore, I dissent from the majority's decision to allow him to reapply.